

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| DEONTA LAMAR HAYWOOD, | § | No. 08-24-00361-CR |
| Appellant, | § | Appeal from the |
| v. | § | 453rd Judicial District Court |
| THE STATE OF TEXAS, | § | of Hays County, Texas |
| Appellee. | § | (TC#CR-21-5775-E) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of jurisdiction. We therefore dismiss the appeal for lack of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF NOVEMBER 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.